CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| **United States of America** v. **Kerwing Jair Lizardo-Velazquez** YOB: 2000; Citizen of Honduras | DOCKET NO. |
| | MAGISTRATE'S CASE NO. **21-02960MJ** |

Complaint for violation of Title 8, United States Code Sections 1326(a) and (b)(2)

COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:

On or about April 13, 2021, at or near Cowlic, in the District of Arizona, **Kerwing Jair Lizardo-Velazquez**, an alien, entered, and was found in the United States of America after having been denied admission, excluded, deported, and removed from the United States through Phoenix, Arizona on March 4, 2020, and without obtaining the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(2), a felony.

BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:

**Kerwing Jair Lizardo-Velazquez** is a citizen of Honduras. On March 4, 2020, **Kerwing Jair Lizardo-Velazquez** was lawfully denied admission, excluded, deported and removed from the United States through Phoenix, Arizona. On April 13, 2021, agents found **Kerwing Jair Lizardo-Velazquez** in the United States at or near Cowlic, Arizona, without the proper immigration documents. **Kerwing Jair Lizardo-Velazquez** did not obtain the express consent of the Attorney General or the Secretary of the Department of Homeland Security to re-apply for admission to the United States.

MATERIAL WITNESSES IN RELATION TO THE CHARGE:

| DETENTION REQUESTED Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. LMG2/AJC AUTHORIZED AUSA /s/Liza Granoff | SIGNATURE OF COMPLAINANT (official title) |
|---|---|
| | OFFICIAL TITLE Border Patrol Agent Andrew J. Carpenter |
| Sworn by telephone __x__ | |

| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE April 14, 2021 |
|---|---|

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54